## LOCAL UNION 760, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, Plaintiff-Appellant,

v.

## Dr. J. W. PRESLEY et al. (The Board of Public Utilities of the City of LaFollette, Tennessee), Defendants-Appellees.

### No. 14494.

United States Court of Appeals
Sixth Circuit.

Dec. 5, 1961.

J. Ray Siener, Chattanooga, Tenn., Joe Van Derveer, Chattanooga, Tenn., Van Derveer, Brown & Siener, Chattanooga, Tenn., on brief, for plaintiff-appellant.

E. H. Rayson, Knoxville, Tenn., Joe M. Agee, LaFollette, Tenn., John B. Rayson, R. R. Kramer, Knoxville, Tenn., Kramer, Dye, McNabb & Greenwood, Knoxville, Tenn., on brief, for defendants-appellees.

Before WEICK and O'SULLIVAN, Circuit Judges, and DARR, Senior District Judge.

### ORDER.

The above cause having come on to be heard upon the record, the briefs of the parties, and arguments of counsel, and on due consideration thereof, and upon consideration of the memorandum of the District Judge who granted the defendants' motion to dismiss the above cause,

It is ordered and adjudged that the judgment and order of the District Court dismissing the above cause be, and it is, hereby affirmed.

## Eunice P. BOYCE, Appellant,

v.

## UNITED STATES of America, Appellee.

### No. 19002.

United States Court of Appeals
Fifth Circuit.

Dec. 21, 1961.

Shelton W. Boyce, Jr., Houston, Tex., Simon Herold, Shreveport, La., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., T. Fitzhugh Wilson, U. S. Atty., Shreveport, La., Daniel K. Mayers, Atty., Dept. of Justice, Washington, D. C., Meyer Rothwacks, William A. Friedlander, Attorneys, Department of Justice, Washington, D. C., for appellee.

Before RIVES, CAMERON and BELL, Circuit Judges.

### PER CURIAM.

Finding ourselves in substantial agreement with the opinion of the learned district judge reported in 190 F.Supp. 950, the judgment of the district court is

Affirmed.